JOHN PATRICK RYAN
Attorney at Law
SBN: 174090
PO Box 7930
Visalia, CA 93290
Telephone: 559-799-7762

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE No.:1:11-cr-00324-AWI-DLB |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND PROPOSED |
| ) | ORDER TO EXCLUDE TIME |
| SHAWN JOSEPH MCCORMACK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from April 9, 2012 at 1:00 p.m. to July 9, 2012 at 1:00 at p.m.. The parties stipulate that the time between April 9, 2012 and the July 9, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C., Section 3161(h)(8)(B)(iv). Specifically, Attorney for Defendant was recently retained to handle this matter and has not had sufficient time to prepare his case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C., Section 3161(h)(8)(A).

- 1

DATE:                          BY: _____/s/_____
                                    JEREMY R. JEHANGIRI
                                    Assistant U.S. Attorney


DATE: April 05, 2012           BY: ___/s/John Patrick Ryan_____
                                    JOHN PATRICK RYAN
                                    Attorney for Defendant

IT IS SO ORDERED.

   Dated:  **April 9, 2012**              /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE