```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7          IN THE UNITED STATES DISTRICT COURT FOR THE
 8                EASTERN DISTRICT OF CALIFORNIA
 9  UNITED STATES OF AMERICA,    ) CR-F-11-00324 AWI
                                 )
10                               ) STIPULATION TO CALENDAR CASE FOR
            Plaintiff,            ) CHANGE OF PLEA HEARING
11                               )
                                 ) Date:   July 29, 2013
12       v.                      ) Time:   11:00 a.m.
                                 ) Place:  Courtroom Two
13                               ) Hon:    Anthony W. Ishii
    Shawn Joseph McCormack,      )
14                               )
                                 )
15          Defendant.           )
                                 )
16
17       The parties agree that this case should be placed on the
18  court's calendar on July 29, 2013, for a change of plea hearing.
19  The parties are in the process of finalizing a plea agreement.  In
20  the event that the parties are not able to finalize the agreement,
21  they will be asking the court to vacate the current jury trial
22  date and reschedule the case for a court trial.
23
    DATED:  July 16, 2013              Respectfully submitted,
24
                                       BENJAMIN B. WAGNER
25                                     United States Attorney
26                                     By: /s/ David Gappa
                                       DAVID GAPPA
27                                     Assistant U.S. Attorney
28

                                1
```

1     /s/ John Ryan
      JOHN RYAN
2     Attorney for Sean McCormack
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-11-00324 AWI |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATION TO CALENDAR |
| | ) | CASE FOR CHANGE OF PLEA HEARING |
| v. | ) | |
| | ) | |
| SHAWN JOSEPH McCORMACK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is ordered that this case is scheduled for a change of plea hearing on July 29, 2013, at 11:00 a.m.

IT IS SO ORDERED.

Dated: July 16, 2013

SENIOR DISTRICT JUDGE