| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |

**FILED**

AUG 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN JOSEPH McCORMACK,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:11-cr-0324 AW1-BAM<br><br>**APPLICATION AND ORDER APPOINTING PANEL COUNSEL**<br><br>Status Conference: 9/9/13, 10:00 a.m., Ctrm. 2 |

The defendant, Shawn Joseph McCormack, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel counsel.

Mr. McCormack is charged by Superceding Indictment with four (4) counts of Sexual Exploitation of a Minor and Attempt, in violation of 18 U.S.C. §§ 2251(a) & (e). Mr. McCormack has been in custody since his arrest.

Mr. McCormack was initially represented by the Office of the Federal Defender. However, since March 30, 2012, Mr. McCormack has been represented by retained attorney, John Patrick Ryan (Doc. 17). On or about July 26, 2013, Attorney Ryan contacted our office expressing his desire to substitute out of this case as counsel for Mr. McCormack. On July 26, 2013, our office communicated with Mr. Ryan by e-mail requesting that he provide our office with (1) a Declaration regarding his client no longer being able to retain him, (2) a copy of the retainer agreement, and (3) an accounting of how much Mr. McCormack has paid Mr. Ryan to date -- to no avail. However, during a Status Conference on July 29, 2013, Attorney Ryan's verbal request to withdraw was granted by the Court, and Mr. McCormack was referred to our office for appointment of counsel.

| | |
|---|---|
| 1 | Attached is a Financial Affidavit that our office was able to obtain directly from Mr. McCormack |
| 2 | on August 14, 2013. Upon the Court's review, it is recommended that CJA Panel counsel be appointed. |
| 3 | A Status Conference is set on September 9, 2013 at 10:00 a.m. in Courtroom No. 2 before the Honorable |
| 4 | Anthony W. Ishii, Senior United States District Judge. |

Dated: August 15, 2013

/s/ Kersten

ERIC KERSTEN
Assistant Federal Defender
Acting Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to continue to retain counsel, the Court hereby appoints CJA Panel counsel pursuant to 18 U.S.C. § 3006A.

Dated: August /9, 2013

_____, for
HONORABLE ANTHONY W. ISHII
Senior United States District Judge